## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jonathan Hall,<br><br>      Plaintiff,<br><br>v.<br><br>Soo Line Railroad Company d/b/a<br>Canadian Pacific Railway,[1]<br><br>      Defendant. | Court File No. 0:17-cv-02120 (PAM/SER)<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

      Plaintiff and Defendant, by and through the attorneys of record, hereby stipulate to dismiss the above matter with prejudice in its entirety. Said matter is hereby **DISMISSED WITH PREJUDICE.** Said dismissal is without attorneys' fees, costs, expenses or disbursements to any party.

Dated: 7 /18 , 2018

By: /

Thomas W. Fuller (#0394778)
tfuller@hlklaw.com
HUNEGS, LENEAVE & KVAS
1000 Twelve Oaks Center Dr., Suite 101
Wayzata, MN 55391
Telephone: 612.339.4511
Fax: 612-339-5150

**ATTORNEYS FOR PLAINTIFF**

---

[1] The proper entity name of Defendant is Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific.

Dated: 7/19 , 2018                    By: s/Tracey Holmes Donesky

Tracey Holmes Donesky (MN #302727)
tracey.donesky@stinson.com
Greta Bauer Reyes (MN #0391100)
greta.reyes@stinson.com
STINSON LEONARD STREET LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500

**ATTORNEYS FOR DEFENDANT**